JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE VICTOR,<br>    Plaintiff,<br><br>          v.<br><br>SOUTHWEST WINE AND<br>SPIRITS, LLC,<br>    Defendant. | CV 22-3312 DSF (SKx)<br><br>ORDER REMANDING ACTION |

Plaintiff filed this action in Los Angeles Superior Court as Case # 20STCV34566 and has now improperly removed it.  See Dkt. 1, pp. 1-2. The action is remanded.

IT IS SO ORDERED.

Date: May 19, 2022

_____
Dale S. Fischer
United States District Judge